# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL K. DOUZAT,

          Plaintiff(s),

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

          Defendant(s).

Case No. 2:17-cv-00345-RFB-NJK

**ORDER**

On February 6, 2017, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 3. Plaintiff has now filed an amended complaint. Docket No. 5. The Court has screened the amended complaint pursuant to 28 U.S.C. § 1915(e) and finds that it does not sufficiently address the previously identified deficiencies. Specifically, the amended complaint does not state the nature of Plaintiff's disability and when the Plaintiff claims he became disabled. *See* Docket No. 3 at 3; Docket No. 5. Additionally, Plaintiff fails to demonstrate that this civil action was commenced in a timely manner. *See* Docket No. 3 at 5; Docket No. 5 at 2.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk of Court shall file the Amended Complaint.
2. The Amended Complaint is **DISMISSED** with leave to amend. Plaintiff will have until **April 6, 2017**, to file a Second Amended Complaint, if Plaintiff believes he can correct the noted deficiencies.

IT IS SO ORDERED.

Dated: March 7, 2017

                                                            NANCY J. KOPPE
                                                            UNITED STATES MAGISTRATE JUDGE